No. D–2690. IN RE DISCIPLINE OF MITCHELL. Robert Vincent Mitchell, of Pittsburgh, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2691. IN RE DISCIPLINE OF GITOMER. Mark Lawrence Gitomer, of Reisterstown, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 11–1450. STANDARD FIRE INSURANCE CO. *v.* KNOWLES. C. A. 8th Cir. Certiorari granted.

No. 11–9540. DESCAMPS *v.* UNITED STATES. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition. 